UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK J. CARTER,

                Plaintiff,

   v.

KING COUNTY JAIL HEALTH SERVICES,

                Defendant.

Case No. C22-1612-RSL

ORDER DISMISSING ACTION

     The Court, having reviewed Plaintiff's second amended complaint, the unopposed Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

     (1)    The Report and Recommendation is approved and adopted.

     (2)    Plaintiff's second amended complaint (Dkt. 15) and this action are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 31st day of March, 2023.

*[signature]*

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2